518 A.2d 801

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Jay COLLINS.**

Supreme Court of Pennsylvania.

Nov. 24, 1986.

22

Petition for Allowance of Appeal GRANTED, No. 155 E.D. Appeal Docket 1986.